**John FARRAR, Ph.D., Plaintiff–Appellant,**

v.

**Brian KEMP, Georgia Secretary of State, in his official capacity, Defendant–Appellee.**

No. 09–16459
**Non–Argument Panel.**

United States Court of Appeals,
Eleventh Circuit.

June 3, 2010.

John Derek Wales, Law Offices of John D. Wales, Atlanta, GA, for Plaintiff–Appellant.

Cristina Correia, Georgia State Law Department, Atlanta, GA, for Defendant–Appellee.

Before TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

We have thoroughly reviewed the briefs and record in this appeal. We conclude that the district court was correct in granting appellee's motion to dismiss appellant's complaint on the basis of *res judicata.* Finding no error, the judgment of the district court is

AFFIRMED.